

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00339-CR

**IN RE** Eustorgio Guzman **RESENDEZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                  Beth Watkins, Justice
                  Lori I. Valenzuela, Justice

Delivered and Filed: June 20, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On May 17, 2024, relator filed a petition for writ of mandamus. After considering the petition and mandamus record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 91-CR-43, styled *The State of Texas v. Eustorgio Guzman Resendez*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.